UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

vs

KHALFANI JOHNSON

        Defendant.

ORDER

6:07-CR-6162 (1)

---

The sum of $4,934.59 was deposited in the Registry of this Court on October 23, 2007 by William C. Dedes, Esq., the Surety herein, to secure the appearance of Khalfani Johnson, the Defendant herein, before this Court and to answer to charges pending against him.

On October 15, 2007, before the Hon. David G. Larimer, the Defendant pled guilty and on January 17, 2008 was sentenced to the custody of the Bureau of Prisons for a period of 33 months, followed by 3 years supervised release. The Defendant was also ordered to pay a $100.00 special penalty assessment in addition to a $250.00 fine which have not yet been paid.

N O W, upon written request and tender of this Court's original receipt number ROC001259 from William C. Dedes, Esq., the Surety herein, requesting refund of said cash bail, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check in the amount of $4,934.59 made payable to William C. Dedes, Esq. representing the refund of said cash bail.

                                            HON. DAVID G. LARIMER
                                            UNITED STATES DISTRICT JUDGE

Dated:    February 4, 2008
             Rochester, New York